1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DANIEL MARKEL WESLEY HALL,
11         Petitioner,              No. 2:10-cv-0560 JFM (HC)
12     vs.
13  J. WALKER,
14         Respondent.              ORDER
15  _____/
16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma
18  pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).
19  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of
20  a request to proceed in forma pauperis or submit the appropriate filing fee.
21         In accordance with the above, IT IS HEREBY ORDERED that:
22         1. Petitioner shall submit, within thirty days from the date of this order, an
23  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24  petitioner's failure to comply with this order will result in the dismissal of this action; and
25  /////
26  /////

                                                  1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 29, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/md
hall0560.101a